IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. GOODLOW,            )<br>                                                      )<br>         Plaintiff(s),                    )<br>                                                      )<br>   vs.                                          )<br>                                                      )<br>C. TUCKER, et al.,                    )<br>                                                      )<br>         Defendant(s).               )<br>_____ ) | No. C 09-5786 CRB (PR)<br><br>ORDER OF DISMISSAL |

     Plaintiff has filed a "Petition to Withdraw Action Under 42 U.S.C. § 1983." Plaintiff's petition is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See <u>American Soccer Co. v. Score First Enters.</u>, 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before the defendants serve an answer or a motion for summary judgment leaves no role for the court to play).

     The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 29, 2010

                                   CHARLES R. BREYER
                                   United States District Judge

G:\PRO-SE\CRB\CR.09\Goodlow, K2.dismissal.wpd